# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE LEOPOLDO MARTINEZ-RODRIGUEZ, : <br> : <br> Petitioner, : <br> : <br> v. : <br> : <br> UNITED STATES OF AMERICA and : <br> WARDEN MATTHEW LEITH, : <br> : <br> Respondent. : | Civil Action No. 25-1857 (BRM) <br><br> **ORDER TO ANSWER** |

Before the Court is Petitioner Jose Leopoldo Martinez-Rodriguez's ("Petitioner") Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241. (ECF No. 1.) The Court previously administratively terminated this matter based on Petitioner's failure to pay the requisite filing fee or submit a complete application to proceed in forma pauperis. (ECF No. 2.) Petitioner has now paid the $5.00 filing fee. In accordance with Rule 4 of the Rules Governing Section 2254 Cases, which is applicable to § 2241 cases through Rule 1(b) of the Rules Governing Section 2254 Cases, this Court has screened the Petition for dismissal and determined that dismissal without an answer and the record is not warranted.

Accordingly

**IT IS** on this 11th day of July 2025,

**ORDERED** the Clerk of the Court shall serve a copy of the Petition, (ECF No. 1), and this Order upon Respondent by regular mail, with all costs of service advanced by the United States; and it is further

**ORDERED** the Clerk of the Court shall forward a copy of the Petition, (ECF No. 1), and this Order to the Chief, Civil Division, United States Attorney's Office, at the following email address:  USANJ-HabeasCases@usdoj.gov; and it is further

**ORDERED** within sixty (60) days of the date of the entry of this Order, Respondent shall file and serve an answer which responds to the allegations and grounds in the Petition, and which includes all affirmative defenses Respondent seeks to invoke; and it is further

**ORDERED** Respondent shall file and serve with the answer certified copies of all documents necessary to resolve Petitioner's claim(s) and affirmative defenses; and it is further

**ORDERED** within sixty (60) days of receipt of the answer, Petitioner may file a reply to the answer; and it is further

**ORDERED** within seven (7) days of Petitioner's release, be it transfer to supervised release or otherwise, Respondent shall electronically file a written notice of the same with the Clerk of the Court; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Petitioner by regular U.S. mail.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
UNITED STATES DISTRICT JUDGE